NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY G. HUNT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7039

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4707, Judge Lawrence B. Hagel.

---

## ORDER

The November 15, 2012 order incorrectly stated the mandate would issue. The mandate will not issue. The appellant's brief has been submitted.

Accordingly,

IT IS ORDERED THAT

(1) The mandate will not issue.

(2) The appellee's brief is due within 30 days of the date of this order.

FOR THE COURT

DEC 1 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Anthony G. Hunt
Daniel B. Volk, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 1 2012

JAN HORBALY
CLERK